UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 5: 22-148-DCR |
| V. | ) ) | |
| LESLIE MARIE EDWARDS, | ) ) | **ORDER** |
| Defendant. | ) ) | |

*** *** *** ***

Defendant Leslie Marie Edwards underwent an evaluation at the Federal Detention Center in Miami, Florida, from February 20, 2023, through April 11, 2023, in response to her attorney's concerns regarding her competency to stand trial. Drs. Lauren Schumacher and Jessica M. Seaton examined Edwards and submitted a report to the Court which indicates that the defendant suffers from a mental illness rendering her incompetent and further concluding that she cannot appreciate the nature and consequences of the proceedings or assist in her defense. Thus, Drs. Schumacher and Seaton report that Edwards is currently incompetent to stand trial.

Following receipt of the competency evaluation report, United States Magistrate Judge Edward B. Atkins held a hearing on May 4, 2023. Both parties stipulated to Schumacher and Seaton's credentials and to the findings reflected in the competency report. Magistrate Judge Atkins subsequently issued a Report and Recommendation (R&R) summarizing the evaluation and recommending that the Court adopt Schumacher and Seaton's findings. [Record No. 28]

The 14-day period for filing objections to the R&R has passed and neither party has tendered objections.

While this Court must make a *de novo* determination of those portions of the magistrate judge's recommendations to which an objection is made, 28 U.S.C. § 636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections to a magistrate judge's proposed findings of fact and recommendation waives the right to appeal. *See United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008).

Accordingly, it is hereby

**ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Edward B. Atkins [Record No. 28] is **ADOPTED** and **INCORPORATED** by reference.

2. Defendant Leslie Marie Edwards is found to be presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense pursuant to 18 U.S.C. § 4241(d). Therefore, she will be committed to the custody of the Attorney General for treatment at a suitable facility to restore competency.

Once an appropriate facility designation is made, the defendant is to remain at the facility for a reasonable period of time, not to exceed four (4) months, as is necessary to determine whether there is a substantial probability that she will attain the capacity to permit further proceedings to take place in the foreseeable future. § 4241(d)(1).

- 3 -

If at any time during the defendant's initial period of commitment the director of the facility determines that the defendant has recovered her competency, the director is directed to promptly file a certificate to that effect with the Clerk of the Court. § 4241(e).

Dated: May 24, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky